**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.                                                              CASE NO: 8:07-cv-1255-T-26MAP

AMERICAN EXPRESS COMPANY,
MASTERCARD INTERNATIONAL
INCORPORATED, VISA USA., INC., and
GREEN DOT CORPORATION,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the parties' Joint Motion for Dismissal of Counterclaims Without Prejudice *Nunc Pro Tunc* (Dkt. 145) is granted. Defendants' counterclaims against Plaintiff are dismissed without prejudice *nunc pro tunc* May 23, 2008, because those counterclaims were mooted by the Court's issuance of a judgment of non-infringement against Plaintiff.

**DONE AND ORDERED** at Tampa, Florida, on July 1, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record